Jack Wesley LAVENDERA, Appellant,

v.

J. C. TAYLOR, Warden, United States Penitentiary, Leavenworth, Kansas, Appellee.

No. 8026.

United States Court of Appeals
Tenth Circuit.

July 20, 1965.

Georgious D. Dikeou, Denver, Colo., for appellant.

James R. Ward, Asst. U. S. Atty. (Newell A. George, U. S. Atty., on brief), for appellee.

Before PHILLIPS, BREITENSTEIN and HILL, Circuit Judges.

PER CURIAM.

This is an appeal from an order denying an application for a writ of habeas corpus. The order is affirmed on authority of Washington v. Hagan, 3 Cir., 287 F.2d 332, 333, 334 c. d. 366 U.S. 970, 81 S.Ct. 1934, 6 L.Ed.2d 1259; Hiatt v. Compagna, 5 Cir., 178 F.2d 42, 46, aff'd. 340 U.S. 880, 71 S.Ct. 192, 95 L.Ed. 639. See also: Jones v. Rivers, 4 Cir., 338 F.2d 862, 864–873; Taylor v. Simpson, 10 Cir., 292 F.2d 698, 701; Taylor v. Warren, 10 Cir., 292 F.2d 702; Wright v. Taylor, 10 Cir., 294 F.2d 592.